### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KRISTI MALONE, <br> PLAINTIFF, <br><br> v. <br><br> COMENITY LLC, <br> DEFENDANT | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 5:14-cv-2298 <br><br><br><br> COMPLAINT |

Plaintiff, KRISTI MALONE ("Plaintiff"), through her attorneys, alleges the following against COMENITY LLC ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331.

3. Defendant conducts business in the state of Louisiana; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Shreveport, Caddo Parish, Louisiana.

6. Defendant is a business entity with a principal place of business located in Columbus, Ohio.

7. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant constantly and continuously places collection telephone calls to Plaintiff at telephone number 318-572-15XX.

10. Defendant places collection calls from telephone numbers, including, but not limited to, 614-729-5385.

11. Per its prior business practices, each of these collection calls were placed using an automatic telephone dialing system.

12. On several occasions, including in or around November of 2013, Plaintiff requested that Defendant cease placing collection calls to Plaintiff's cellular phone

13. Plaintiff revoked any consent, express or implied, to receive automated phone calls from Defendant.

14. Despite Plaintiff's request to cease, Defendant placed automated calls to Plaintiff's cellular phone on the following approximate dates:
    - February 28, 2014: one (1) call;
    - March 2, 2014: one (1) call;
    - March 22, 2014: two (2) calls;
    - March 24, 2014: two (2) calls;
    - March 25, 2014: one (1) call;
    - May 4, 2014: one (1) call;
    - May 6, 2014: one (1) call

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, KRISTI MALONE, respectfully requests judgment be entered against Defendant, COMENITY LLC, for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: July 14, 2014    By: /s/ Denis Vega
 Denis Vega
 Vega & Associates, LLC
 4505 Gary Mikel Ave
 Metairie, LA 70002
 Tel: 504-913-0868
 dvega@vegalaw.net
 Attorney for Plaintiff,
 KRISTI MALONE