UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KRISTI MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 5:14-cv-2298 |
| v. ) | |
| ) | NOTICE OF SETTLEMENT |
| COMENITY BANK, LLC ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, KRISTI MALONE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: November 13, 2014

> By: /s/ Denis Vega
> Denis Vega
> Vega & Associates
> 4505 Gary Mikel Ave.
> Metairie, LA 70002
> Tel: 504-913-0868
> dvega@vegalaw.net
> Attorney for Plaintiff
> KRISTI MALONE

- 2 -

## CERTIFICATE OF SERVICE

 I hereby certify that on August 19, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

 Jonathan Wilbourn
 jwilbourn@mcglinchey.com

            By: /s/ Denis Vega
            Denis Vega
            Attorney for Plaintiff