## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| KRISTI MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 5:14-cv-2298 |
| v. ) | |
| ) | **VOLUNTARY DISMISSAL** |
| COMENITY BANK, LLC ) | |
| ) | |
| Defendant. ) | |

KRISTI MALONE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, COMENITY BANK, LLC., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

DATED: January 23, 2015         By:   /s/ Avery Lea Griffin
                                      Avery Lea Griffin
                                      Attorney for Plaintiff
                                      Hamlin & Griffin, LLC
                                      81306 Robinson Road
                                      Folsom, La 70437
                                      Cell 504-451-6550
                                      Office 985-796-1131
                                      Fax 866-409-7533

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                By: /s/ Avery Lea Griffin
                Avery Lea Griffin
                Attorney for Plaintiff