**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KRISTI MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 5:14-cv-2298 |
| v. ) | |
| ) | **[PROPOSED] ORDER OF** |
| COMENITY BANK, LLC, ) | **DISMISSAL** |
| ) | |
| ) | |
| Defendant. ) | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
United States ~~District Judge~~ Magistrate Judge
Western District of Louisiana